Case Name:  BIEBER, MICHAEL JOHN
              BIEBER, MARY JANE
              AKA SIEROSLAWSKI-BIEBER, MARY JANE
Case No:      08-70931

## <u>CERTIFICATION OF REVIEW</u>

The U.S. Trustee has reviewed the Trustee's Final Report, Request for
Compensation and Proposed Distribution in the above-entitled case.


Dated: November 20, 2008            WILLIAM T. NEARY
                                    United States Trustee, Region 11



                          BY:    */s/ Carole J. Ryczek*
                                 CAROLE J. RYCZEK
                                 Attorney for the U.S. Trustee