IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
BIEBER, MICHAEL JOHN
BIEBER, MARY JANE

SIEROSLAWSKI-BIEBER, MARY JANE
                    Debtor(s)

CHAPTER 7 -- Liquidation

CASE NO. 08-70931 MB

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID Number: xxx-xx-6866

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 220
        Rockford, IL 61101

   on:  **DECEMBER 15, 2008**
   at:  **9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | | 32.04 |
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | 1,825.00 | |
| BERNARD J. NATALE Trustee | $ 0.00 | 1,614.56 | |

4. The Trustee's Final Report shows total:

   a. Receipts                                   $        8,645.57

   b. Disbursements                              $            0.00

   c. Net Cash Available for Distribution        $        8,645.57

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the

amounts requested, this leaves the total amount of $5,173.97, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $123,607.19, resulting in an approximate distribution of 4.19% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: November 13, 2008

For the Court,

By: /s/ BERNARD J NATALE

Trustee

Case 08-70931   Doc 34   Filed 11/21/08   Entered 11/24/08 00:01:56   Desc Imaged
                            Certificate of Service   Page 3 of 3

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores               Page 1 of 1            Date Rcvd: Nov 21, 2008
Case: 08-70931                Form ID: pdf002             Total Served: 30
```

The following entities were served by first class mail on Nov 23, 2008.
```
db          +Michael John Bieber,    2108 Channel Drive,    Fox River Grove, IL 60021-1651
jdb         +Mary Jane Bieber,    2108 Channel Drive,    Fox River Grove, IL 60021-1651
aty         +Erick J Bohlman,    Bohlman Law Offices, PC,    111 South Virginia Street,
              Crystal Lake, IL 60014-5853
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
12094783    +AT&T Real Yellow Pages,    AT&T Law Department,    225 W. Randolf, Suite 25A,
              Chicago, IL 60606-1838
12094782    +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
12483148     American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12094784    +Aurora Loan Services,    Attn: Bankruptcy,    Po Box 1706,    Scottsbluff, NE 69363-1706
12094785    +Bank of America,    Attn: Bankruptcy NC4-105-02-99,    Po Box 26012,    Greensboro, NC 27420-6012
12369574    +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
12094786    +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
12094787    +Capital One, N.a.,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
12094788    +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
12094789    +Citibank,    Attention: Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12094790    +Fisher & Shapiro, LLC,    4201 Lake Cook Road,    Northbrook, IL 60062-1060
12094791    +Green Point Savings,    Po Box 84013,    Columbus, GA 31908-4013
12536493    +GreenPoint Mortgage Funding Corp,    2300 Brookstone Centre Parkway,    Columbus, GA 31904-4500
12094792    +Harris N A,    Po Box 94034,    Palatine, IL 60094-4034
12094793    +NCO Financial Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
12377740     PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
12361949     State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12094794    +State Farm Financial S,    3 State Farm Plaza N-4,    Bloomington, IL 61791-0002
12094796    +Today’s Uniforms,    28 Tyler Creek Plaza,    Elgin, IL 60123-1706
12094795    +Today’s Uniforms,    35 N. Williams Street,    Crystal Lake, IL 60014-4403
12094797    +Tyler Creek Plaza,    c/o Key Investments & Mangmnt, Inc.,    1263 S. Highland Avenue,
              Lombard, IL 60148-4516
12094798    +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
12094799    +Village of Fox River Grove,    305 Illinois Street,    Fox River Grove, IL 60021-1197
12094800    +Washington Mutual Mortgage,    Attention: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
              Jacksonville, FL 32256-6851
12094801    +Woodstock Legal Consultants, Ltd.,    1143 N. Seminary Avenue,    Woodstock, IL 60098-2998
```

The following entities were served by electronic transmission on Nov 22, 2008.
```
12586884    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2008 02:45:53
              FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
                                                                                             TOTALS: 0, * 1
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**                **Signature:** *Joseph Speetjens*