IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>BIEBER, MICHAEL JOHN<br>BIEBER, MARY JANE<br><br>SIEROSLAWSKI-BIEBER, MARY JANE<br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08-70931 MB<br><br>JUDGE MANUEL BARBOSA |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN
FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO: THE HONORABLE MANUEL BARBOSA
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. *Evidence of canceled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE: JANUARY 19, 2009　　　　　　　　/S/ BERNARD J NATALE
　　　　　　　　　　　　　　　　　　　　BERNARD J. NATALE, TRUSTEE

**CERTIFICATION OF REVIEW**

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: 1-22-09　　　　　　　　　　　　WILLIAM T NEARY
　　　　　　　　　　　　　　　　　　　　United States Trustee

　　　　　　　　　　　　　　　　　By: Christine K. Miller
　　　　　　　　　　　　　　　　　　　　Christine K Miller, Paralegal Specialist for
　　　　　　　　　　　　　　　　　　　　the U S Trustee